IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UMG RECORDINGS, INC.; ARISTA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; and INTERSCOPE RECORDS,<br><br>Plaintiffs,<br><br>vs.<br><br>KARAH ARMSTRONG,<br><br>Defendant. | Case No. 1:07-cv-00017-SOM-BMK<br><br>**ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Based upon Plaintiffs' Motion for Summary Judgment, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A of the Complaint. Accordingly, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in each of the six sound recordings listed in Exhibit A to the Complaint in this case, in the total principal sum of Forty-Five Hundred Dollars ($4,500.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Fifty Dollars ($350.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Previouscats," on album "Juslisen," by artist "Musiq" (SR# 308-859);

- "Everytime I Close My Eyes," on album "The Moment," by artist "Kenny G" (SR# 236-228);

- "Africa Bamba," on album "Supernatural," by artist "Santana" (SR# 289-833);

- "Bag Lady," on album "Mama's Gun," by artist "Erykah Badu" (SR# 295-614);

- "You Had Me You Lost Me," on album "Scorpion," by artist "Eve" (SR# 293-364);

- "U Got It Bad," on album "8701," by artist "Usher" (SR# 307-207);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that

Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; January 7, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

UMG RECORDINGS, INC.; ARISTA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; and INTERSCOPE RECORDS v. KARAH ARMSTRONG; Case No. 1:07-cv-00017-SOM-BMK; **ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**